08 mj 5116

JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JH SHIPPING CO. LTD.,

                Plaintiff,                08 Civ.

- against -

AL TUWAIRQI,

                Defendant.
-----------------------------------------------------------X

RECEIVED JUN 0 4 2008 U.S.D.C. S.D. N.Y. CASHIERS

### DISCLOSURE OF INTERESTED PARTIES
### PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

        NONE.

Dated: June 4, 2008
       Southport, CT

                              The Plaintiff,
                              JH SHIPPING CO. LTD.,

                          By: _____
                              Charles E. Murphy
                              LENNON, MURPHY & LENNON, LLC
                              The Gray Bar Building
                              420 Lexington Avenue, Suite 300
                              New York, NY 10170
                              (212) 490-6050 - phone
                              (212) 490-6070 - fax
                              cem@lenmur.com