CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ASHAPURA SHIPPING UAE FZE.             :
                                       :
                Plaintiff,             :      08-CV-5073
                                       :
        v.                             :      **NOTICE OF**
                                       :      **APPEARANCE**
JS OCEAN LINERS PTE LTD. a/k/a JS OCEAN :
LINERS PTE LTD., SINGAPORE             :
                                       :
                Defendants.            :
-----------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       June 24, 2008

                                CLARK, ATCHESON & REISERT
                                Attorneys for Garnishee
                                Societe Generale New York Branch

                        By:     _____
                                Richard J. Reisert (RR-7118)
                                7800 River Road
                                North Bergen, NJ 07047
                                Tel: (201) 537-1200
                                Fax: (201) 537-1201
                                Email: reisert@navlaw.com