UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JH SHIPPING CO. LTD.,

      Plaintiff,       08 Civ. 5116 (SAS)

- against -            ECF CASE

AL TUWAIRQI,

      Defendant.
------------------------------------------------------------X

## ORDER

The initial pre-trial conference scheduled for July 24, 2008 at 4:30 p.m. is hereby re-scheduled to _Sept 23_, 2008 at 4:30 p.m. *No further adjournments for any reason.*

Dated: New York, NY
   July 16, 2008

              _____
                  U.S.D.J.