Lawrence B. Brennan (LB 4078)
Brooke Travis (BT 3979)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Attorneys for Defendant, AL TUWAIRQI
150 East 42nd Street
New York, New York 10017
(212) 490-3000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JH SHIPPING CO. LTD.,

              Plaintiff,

    -against-                                     08 Civ. 5116 (SAS)

AL TUWAIRQI,                                ECF CASE

              Defendant.
------------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualifications or recusal, the undersigned attorney of record for the Defendant certifies that the following are corporate parents, subsidiaries, or affiliates of the Defendant:

- Al-Ittefaq Steel Products Company
- National Steel Company
- Al-Faisal Steel Products Co.
- Al-Ittefaq Steel Products Company
- The International Electric Products Co.
- Direct Reduction Iron Co. Ltd.
- Thamesteel Limited
- Al-Tuwairqi Trading and Contracting

3317877.1

Dated:   August 6, 2008
         New York, New York

                                        Yours, etc.

         WILSON, ELSER, MOSKOWITZ, EDELMAN &
         DICKER LLP

         By: _____
             Lawrence B. Brennan (LB 4078)
             Brooke Travis (BT 3979)
             Attorneys for Defendant
             AL TUWAIRQI
             150 East 42nd Street
             New York, New York 10017-5639
             (212) 490-3000
             File No. 11157.00001

3317877.1